# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER KNOX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 07-CV-886-WDS |
| DR. FEINERMAN, et al., | ) ) ) |
| Defendants. | ) |

## O R D E R

**STIEHL, District Judge:**

Before the Court is plaintiff's pro se motion to voluntarily dismiss the complaint (Doc. 10), to which defendants have filed a response (Doc. 11). Upon review of the record, the Court **GRANTS** plaintiff's motion, and plaintiff's cause of action is **DISMISSED WITHOUT PREJUDICE** on all grounds against all defendants. Defendants' motion to stay the deadline for filing an answer in this case (Doc. 12) is **DENIED** as moot.

The Clerk of the Court is **DIRECTED** to enter judgment accordingly. Each party shall bear its own costs.

**IT IS SO ORDERED.**

**DATED: October 8, 2008**

                                                            s/ WILLIAM D. STIEHL
                                                                   **District Judge**